# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMERICAN CONTRACTORS
INDEMNITY COMPANY,

      Plaintiff,

v.                                              Case No:   6:20-cv-1691-GAP-EJK

REGIS SOUTHERN, INC., CHRIS M.
NETRAM, RAMASAR BHAGU and
RANJIT K. CHETRAM,

      Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Final Judgment (Doc. 51), filed February 25, 2021.

On July 12, 2021, the United States Magistrate Judge issued a report (Doc. 56) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Final Judgment (Doc. 51) is **GRANTED.**

3. The Clerk is directed to enter default final judgment in favor of Plaintiff and against Defendants Regis Southern Inc., Chris M. Netram, Ramasar

Bhagu, and Ranjit K. Chetram, jointly and severally, in the amount of $176,136.09, plus prejudgment interest in the amount of $14,329.02, for a total award of $190,465.11, for which sum let execution issue.

5. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 27, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party